PROVIDED TO HAMILTON CI
FEB 01 2023
RECEIVED BY BB FOR MAILING

FILED
2023 FEB -3 PM 2:
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

Original Copy of 2

3:23-cv-132-MMH-LLL

February 1, 2023

STATE OF: FLORIDA
COUNTY OF: HAMILTON

UNITED STATES DISTRICT COURT
Middle District of Florida
Office of The Clerk
300 North Hogan ST. Ste 9-150
JACKSONVILLE, FLA 32202-4271

SWORN AFFIDAVIT       (LIFE IN DANGER):

ON 1-30-23 Administrative Lt. Harris, Out of Retaliation And Reprisal And A Threat To My SAFETY, Wrote A Frivolous Disciplinary Report For Threat Against Myself because I'd Filed Injunction(s) Against her homeboys C/O R. Ivey, And C/O D. Norton, With herself Named Within the Injunction.

ON 1-31-23 Lt. Harris, Had THE Discipline Investigator To Come To Quad(1) of H-dormitory 1212 CELL AND READ DISCIPLINARY REPORT LOG# 250-230136 FOR THREAT OUT LOUD. DO TO THE CONTENT OF THE STATEMENT OF THE REPORT BELOW AND THE STATE OF MIND IN LT. S. Harris, ENForcing THE DISCIPLINARY INVESTIGATING OFFICER TO CONDUCT HIS ACTIONS THE WAY HE'D DONE, BEING HER SECOND ACT OF VIOLENCE AGAINST Myself AND INJUNCTION HAS BEEN INITIATED IN HAMILTON CIRCUIT COURT AGAINST LT. HARRIS, S, THIS DATE For Protection AGAINST REPEAT VIOLENCE.

THE REPORT LOG# 250-230136 STATED, "AT 9:30 A.M. SHE LT. Harris. S, Received A Request For Administrative Remedy or Appeal Log# 2301-215-022 THat Stated "Sir- My Life Is in Danger Foreal! This Isn't A Game, I Don't Owe Any Money Nothing Like that, I'm Being CHased And Stalked For Murder by these Gangs because I Tried To alert officials of FDOC THat These Same Gangs Had or Have Their Information Tag numbers, Social Security, Home

Location ect. And I was lied to and not Given The Transfer I was Promised For Some of The Information Provided And Many, Many more Just give you That Much, only if these Staff knew what was in Store With their information — And Staff all over D.O.C., inmate Sheffield, Submitted A DC1-303 (Administrative Remedy or Appeal) With address and Staff Members names See Attachment DC1-303.

I was Written This (Threat) Disciplinary Report So THE DISCIPLINE INVESTIGATOR COULD COME TO CONFINEMENT AND ENLIGHTEN THE GANG MEMBERS By Reading it out loud! Anyone WITH COMMON SENSE SEE THE Above STATEMENT As And Enlightment IN Helping Staff out, THeres No Threat Whatsoever in any of it. As Stated Supra, LT. S. Harris, Is Intentionally Putting my Life in Danger As And RETALIATION TACTIC, Supporting GANG Members Activities In Said Respect Evidently. I WAS REPEATLY THREATEND By GANG Members 1/31/23 After Said WAS Read To Them!

## CERTIFICATE OF SERVICE

I Hereby Certify That And Correct Copy of The Foregoing SWORN AFFIDAVIT HAS BEEN Furnished By U.S. MAIL TO: U.S. DISTRICT COURT, Middle Dist. of FLORIDA, office of The Clerk, 300 North Hogan ST. STe 9-150, JACKSONVILLE, FLA 32202-4271 ON THIS 1st day of February 2023 Through Hamilton Mail Carriers.

/S/ Andre Sheffield

SEE: F.B.I AFFIDAVIT
ATTACHED DATED 2/1/23.

Andre Sheffield
Andre Sheffield #116194  #1212
Hamilton Corr. Inst. / Annex
10650 S.W. 46th Street
JASPER, FLORIDA
32052-1360