UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANDRE L. SHEFFIELD,

    Plaintiff,

v.      Case No. 3:23-cv-132-MMH-LLL

LT. HARRIS,

    Defendant.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Andre L. Sheffield, an inmate of the Florida penal system, filed a pro se document titled "Sworn Affidavit" (Doc. 1), dated February 1, 2023. Sheffield asserts that Lieutenant Harris retaliated when he wrote a false disciplinary report (DR) against Sheffield because Sheffield complained about officers Ivey and Norton. According to Sheffield, Lieutenant Harris sent an investigator to Sheffield's cell, and the investigator loudly read the DR to Sheffield so gang members could hear the details, which placed Sheffield's life in danger.

The Court has advised Sheffield repeatedly[1] that it has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42

---

[1] Sheffield is a frequent filer in this Court and has been advised **in more than 80 cases** over the years to use the proper forms. See also Order (Doc. 2), No. 3:18-cv-

U.S.C. § 1983. See Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). Sheffield continuously refuses to use the forms that the Clerk has provided to him.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of February, 2023.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

caw 2/6
c:
Andre L. Sheffield, #116194

---

953-J-32PDB (M.D. Fla. Aug. 8, 2018) (noting that Plaintiff "has been cautioned numerous times that he is not permitted to communicate with the Court by letter and must instead use the approved civil rights complaint form.").